IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 15-cv-02487-CBS | Date: February 10, 2016 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                   *Counsel:*

AUDREY ALBRING,                                  James Avery
                                                              William Harris (by phone)

Plaintiff,

v.

THE CHUBB CORPORATION, *et al.,*          David Goldfarb
                                                              Michael Conlon (by phone)

Defendant.

---

### COURTROOM MINUTES/MINUTE ORDER

**HEARING: STATUS CONFERENCE**
**Court in session: 01:30 p.m.**
Court calls case. Appearances of counsel.

Defendant Elaine Williams has not been served as counsel has been unable to locate her. Discussion regarding duplicate motions.

**ORDERED:** The following motions are duplicative and are STRICKEN: *[11] Great Northern Insurance Company's Motion to Compel Appraisal and to Dismiss or Stay Proceedings, [25] Great Northern's F.R.C.P. 12 Motion to Dismiss,* and *[13] Motion to Dismiss Improperly-Named Defendant the Chubb Corporation, a New Jersey Corporation d/b/a Chubb Group of Insurance Companies and Mike Davis, Tony Gonzalez, David Trippel, and James Hamilton.*

Parties have not filed a consent form in this case. Counsel agrees to consent to the jurisdiction of a Magistrate Judge. Counsel will complete the consent form after this hearing.

Discussion regarding claims, how to proceed with this case, and the Plaintiff filing a Second Amended Complaint. Mr. Avery addresses the court in regards to informal discovery. Defense counsel will confer with their clients regarding informal discovery. The Plaintiff anticipates filing a Second Amended Complaint.

**ORDERED:** Plaintiff's Second Amended Complaint shall be filed on or before **February 22, 2016.** In anticipation of the filing of the Second Amended Complaint, motions to dismiss [docs. 16, 17, and 27] are **DENIED AS MOOT** without prejudice to the Defendants' right to reassert the same arguments in future motions to dismiss.

A Telephone Status Conference is set for **March 7, 2016 at 11:30 a.m.** to discuss the Second Amended Complaint and how the Defendants' intend to respond. Parties participating in the hearing shall initiate a conference call among themselves and call the court (303.844.2117) at the scheduled time.

The court will STAY any response to the Second Amended Complaint pending the hearing on March 7, 2016.

Hearing Concluded.

**Court in recess: 02:23 a.m.**
Time in court: 00:53

To order transcripts of hearings please contact Stevens-Koenig Reporting at (303) 988-8470.